# U.

USE AND OCCUPATION—See Book 2.

---

# USURY.

COLLINS, *qui tam, against* ROBERTS. *Bennington,* 1817.

THE taking up of one security and giving another, is not such an extinguishment of the first contract, as the Statute of limitations will attach, and prevent a recovery for usury where the declaration is founded on the *first contract,* and the usurious

money is proved to have been paid upon the *last security* ; the whole is considered as one entire contract.